IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH BRANCH NAACP; REVEREND VINCENT FUSILIER, SR.; LIONEL MYERS; WENDELL DESMOND SHELBY, JR.; and DANIEL TURNER,<br><br>*Plaintiffs,*<br><br>v.<br><br>PIYUSH ("BOBBY") JINDAL, the GOVERNOR of the STATE OF LOUISIANA in his official capacity; JAMES D. ("BUDDY") CALDWELL, the ATTORNEY GENERAL of the STATE OF LOUISIANA in his official capacity; and TOM SCHEDLER, the SECRETARY OF STATE of the STATE OF LOUISIANA in his official capacity,<br><br>*Defendants.* | Civ. No. 3:14-cv-00069-JJB-SCR |

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Terrebonne Parish Branch NAACP, Reverend Vincent Fusilier, Sr., Lionel Myers, Wendell Desmond Shelby, Jr. and Daniel Turner (collectively "Plaintiffs"), submit this Corporate Disclosure Statement and respectfully represent the following:

1. The named non-governmental corporate party Plaintiff in the above-captioned lawsuit is Terrebonne Parish Branch NAACP.

2. With regard to Terrebonne Parish Branch NAACP, the following information applies:

    a.  Is the party a publicly held corporation or other publicly held entity?

        ( ) Yes        (X) No

    b.  Does the party have any parent corporations?

        ( ) Yes        (X) No

    If yes, identify all parent corporations: N/A

    c.  Is there a publicly held company that owns 10 percent or more of the party's stock?

        ( ) Yes        (X) No

February 3, 2014

Respectfully submitted,

s/ Ronald L. Wilson
Ronald L. Wilson (LSBN 13575)
701 Poydras Street
Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Email: cabral2@aol.com

*Attorney for Plaintiffs*