**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| TERREBONNE PARISH BRANCH NAACP, *et al.*,<br><br>                                    *Plaintiffs*,<br><br>              v.<br><br>PIYUSH ("BOBBY") JINDAL, the GOVERNOR of the STATE OF LOUISIANA, in his official capacity, *et al.*,<br><br>                                    *Defendants*. | Civil Action. No. 3:14-cv-69-SSD-EWD |

**PLAINTIFFS' MEMORANDUM REGARDING PROPOSED SPECIAL MASTERS
FOR REMEDIAL PHASE IN RESPONSE TO ECF NO. 371**

On December 6, 2018, the Court ruled that it would be aided during the remedial phase of this case by the technical expertise of a Special Master in determining the remedial election districts for Louisiana's 32nd Judicial District Court ("32nd JDC"), the state court with jurisdiction over Terrebonne Parish. ECF No. 367. Following a telephonic status conference on December 17, 2018, the Court ordered Plaintiffs and Defendants to each identify two potential candidates to serve as Special Master in the remedial phase of this case. ECF No. 371. The Court also instructed the parties to provide each candidates' current Curriculum Vitae (CV), potential conflicts, and availability to preside over court proceedings lasting two to three consecutive days within the next 120 days. *Id.* Accordingly, Plaintiffs[1] hereby identify Mr. David R. Ely and Dr. David C. Kimball as potential special masters. The individuals' current CVs are included as Exhibits A and B. Both Mr. Ely and Dr. Kimball have indicated to the parties that they are not aware of any potential conflicts[2] and both are available over the next 120 days. The billing rates for Mr. Ely and Dr.

---

[1] Plaintiffs are the Terrebonne Parish Branch NAACP and individual Black registered voters, Rev. Vincent Fusilier, Sr., Lionel Myers, Daniel Turner, and Wendell Desmond Shelby, Jr.

[2] While this is not a conflict, out of an abundance of caution Dr. Kimball made us aware that he has previously acted as an expert witness for the plaintiffs in a voting rights case in Missouri involving another

Kimball's work are $250 and $200, respectively, an hour.

Plaintiffs have identified these candidates with consideration of the Courts' specification that the Special Master have "technical expertise." *See* ECF No. 367. Redistricting requires compliance with a "complex array" of legal requirements, making it one of the "most difficult tasks" that courts, legislative bodies, and others undertake. *See Covington v. North Carolina*, 316 F.R.D. 117, 125 (M.D.N.C. 2016), *aff'd*, 137 S. Ct. 2211 (2017) (citations omitted). Indeed, the Special Master must have the technical expertise necessary to develop districts that comply with the U.S. Constitution, Section 2 of the Voting Rights Act, and Louisiana laws.

In addition, consistent with the Federal Rules of Civil Procedure 53, a Special Master must have clear competence in current redistricting methodologies to help the Court reach an effective and timely resolution of this post-trial remedial matter. *See* Fed. R. Civ. P. 53(a)(1)(c).

David R. Ely's qualifications and experiences satisfy these considerations. As detailed in his attached CV, for more than a decade, Mr. Ely has been the President and Founder of Compass Demographics, a consulting and database management firm specializing in "projects involving census and election data, redistricting projects, demographic analysis, and analysis of voting behavior." Ex. A at 1. He previously served for more than two decades as the Director of Research for the Redistricting and Reapportionment practice of Pactech Data and Research where he "testified or consulted to counsel in a variety of litigation involving the configuration of election districts[,] as well as providing database construction and redistricting consulting for numerous jurisdictions." *Id*. With respect to his redistricting consultation work, he has done demographic and voter analysis, developed districting plans, participated in public hearings and presented plans,

---

and separate unit of the NAACP (*Missouri State Conference of the NAACP v. Ferguson-Florissant School District*), a case referenced *infra*. Dr. Kimball added that he does not know and has not worked with the counsel or court involved with the present case.

analyzed alternative redistricting plans, and provided technical assistance for more than thirty (30) congressional, state, or local governing bodies. *Id*. at 1-3. With respect to his litigation involvement, Mr. Ely has provided expert testimony and analysis to federal, state, and local governments, as well as to minority individuals and groups. *Id*. at 3-4. His litigation involvement has included demographic analysis, expert testimony, and the construction of illustrative districting plans. *Id*. For example, Mr. Ely designed the remedial plans in *Garza v. County of Los Angeles*, 756 F. Supp. 1298 (C.D. Cal. 1990); *see also* Ex. A at 4. More recently, the Northern District of Texas relied extensively on Mr. Ely's testimony to find that plaintiffs satisfied their obligation under *Thornburg v. Gingles*, 478 U.S. 30 (1986), to develop illustrative districts in a vote dilution case, recognizing Mr. Ely's data and methodology as "reliable." *See Fabela v. City of Farmers Branch, Tex.*, 2012 WL 3135545 at *4-8 (N.D. Tex. Aug. 2, 2012). The Eastern District of California also found that plaintiffs, relying on Mr. Ely's analysis and testimony, satisfied the first prong of *Gingles* in a vote dilution case, and, in so doing, recognized his opinion as "credibl[e]." *Luna v. County of Kern*, 291 F. Supp. 3d 1088, 1117 (E.D. Cal. 2018); *see also id*. at 1106-17. All told, Mr. Ely has provided expert testimony or consulted in more than thirty (30) voting rights suits in federal and state courts. With over three decades of experience as a redistricting consultant and expert in voting rights litigation, Mr. Ely possesses the technical expertise necessary to assist the Court as a Special Master.

David C. Kimball's qualifications and experiences also satisfy the considerations outlined above. As detailed in his attached CV, Dr. Kimball is a Professor of Political Science at the University of Missouri, St. Louis. Ex. B at 1. Dr. Kimball has taught for more than twenty (20) years and authored numerous books and scholarly articles on voting and election administration. *Id.* at 1-7. Dr. Kimball has also provided expert testimony and analysis in voting rights cases in

federal court. For example, he designed the St. Louis City Council district boundaries that were adopted by the Eastern District of Missouri in *Stenger v. Kellett*. *See* No. 4:11CV2330, 2012 WL 601017, at *13 (E.D. Mo. Feb. 23, 2012) (explaining that Dr. Kimball's proposed map "best satisfie[d] the constitutional and statutory goals of apportionment," and noting that it was "equal in population, compact, contiguous, protect[ed] minority rights, and [was] not the product of politics"); *see also Mo. State Conf. of the NAACP v. Ferguson-Florrisant School District*, 201 F. Supp. 3d 1006, 1080 (E.D. Mo. 2016) (determining Dr. Kimball's testimony in this vote dilution case to be "credibl[e]"), *aff'd and reh'g en banc denied*, 894 F.3d 924 (8th Cir. 2018), *cert. denied*, No. 18-592, 2019 WL 113175 at *1 (Jan. 7, 2019). He also has served as a redistricting consultant for local governments. *See, e.g.*, City of Florissant, May 9, 2016 Council Meeting Minutes, at 2-6, available at https://www.florissantmo.com/egov/documents/1464205966_464.pdf (Dr. Kimball serving as a redistricting consultant for the City of Florissant, Missouri). These experiences demonstrate that Dr. Kimball has the expertise necessary to assist the Court as a Special Master.

Respectfully submitted this 15th day of January, 2019.

*/s/ Ronald L. Wilson*
Ronald L. Wilson (LSBN 13575)
701 Poydras Street, Ste. 4100
New Orleans, LA 70139
T: (504) 525-4361 / F: (504) 525-4380
cabral2@aol.com

*/s/ Leah C. Aden*
Leah C. Aden*, **, NAACP LDF
40 Rector Street, 5th Floor
New York, NY 10006
T: (212) 965-2200 / F: (212) 226-7592
laden@naacpldf.org

Michael de Leeuw*, Cozen O'Connor
William Lesser*
45 Broadway, 16th Floor
New York, NY 10006
T: (212) 908-1131 / F: (646) 461-2042
MdeLeeuw@cozen.com

Michaele N. Turnage Young*, NAACP LDF
700 14th Street NW, Suite 600
Washington, D.C. 20005
T: (202) 216-5567 / F: (202) 682-1312
mturnageyoung@naacpldf.org

*PRO HAC VICE / **TRIAL ATTORNEY          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Plaintiffs' Memorandum Regarding Proposed Special Masters for Remedial Phase in Response to ECF No. 371* with this Court using the CM/ECF system, which provides notice of filing to all counsel of record.

Dated: January 15, 2019

> */s/ Leah C. Aden*
> LEAH C. ADEN
> NAACP LEGAL DEFENSE
>   AND EDUCATIONAL FUND, INC.
> 40 Rector Street, 5th Floor
> New York, NY 10006
> (212) 965-2200
> (212) 229-7592 (fax)